**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 13-7420**

─────────────

UNITED STATES OF AMERICA,

                       Plaintiff – Appellee,

       v.

DONIKKI HARDY,

                       Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Spartanburg. Henry M. Herlong, Jr., Senior District Judge. (7:01-cr-00235-HMH-1)

─────────────

Submitted: January 23, 2014       Decided: January 27, 2014

─────────────

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Donikki Hardy, Appellant Pro Se. Regan Alexandra Pendleton, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donikki Hardy appeals from the district court's order denying his 18 U.S.C. § 3582 (2012) motion for reduction of sentence on the basis of the Fair Sentencing Act. We have reviewed the record and the district court's ruling and find no reversible error. Accordingly, we affirm substantially for the reason stated by the district court. United States v. Hardy, No. 7:01-cr-00235-HMH-1 (D.S.C. Aug. 23, 2013). In addition, we note that Hardy's claim is foreclosed by our recent decision in United States v. Black, 737 F.3d 280 (4th Cir. 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED